JORDAN MATTHEWS (California Bar # 316301)
WEINBERG GONSER, LLP
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
Telephone: (424) 239-2867
Fascimile: (424) 238-3060
Email: Jordan@weinberg-gonser.com

Attorneys for Plaintiff *Invisible Dot, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVISIBLE DOT, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br>MARK DEDECKER, an individual; MYMARK MEDIA, LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:18-cv-08168-RGK-RAO<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIALITY**<br><br>[Stipulated Protective Order filed concurrently herewith] |
| MARK DEDECKER, an individual,<br>    Counterclaim Plaintiff,<br>    vs.<br>INVISIBLE DOT, INC, a Delaware corporation; JASON ARCHINACO, an individual; and ROES 1 through 10, inclusive,<br><br>    Counterclaim Defendants. | |

Having fully considered the terms and conditions of the Stipulated Protective Order Regarding Confidentiality in connection with Case Number 2:18-cv-08168-RGK-RAO (the "Protective Order"), the Court hereby ORDERS as follows:

The parties to this matter (meaning, Case No. 2:18-cv-08168-RGK-RAO (the "Matter")) are hereby bound by the terms and condition of the Protective Order, which is incorporated by reference herein.

**IT IS SO ORDERED**.

Dated: April 25, 2019            By: _____
                                         Hon. Rozella A. Oliver
                                         United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that I am an attorney with Weinberg Gonser, LLP and that on this 21st day of April 2019, I caused to be sent via this Court's ECF Filing, a true and correct copy of the above and foregoing **[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIALITY** to the following:

Armen Shaghzo, Esq.
Sasha Brower, Esq.
Shaghzo & Shahghzo, APC
100 W. Broadway
Glendale, CA 91210

Attorneys for Co-Defendants *Mark DeDecker and MyMark Media, LLC*

                                      */s/ Jordan Matthews*
                                  An Attorney with Weinberg Gonser, LLP