UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-08168-RGK-RAO | Date | November 4, 2019 |
|---|---|---|---|
| Title | INVISIBLE DOT, INC. v. MARK DE DECKER, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** (IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER

Based on the settlement placed on the record with Judge Otero on October 30, 2019, this matter is now dismissed and the November 5, 2019 Court Trial is vacated. The parties are still required to file the stipulation and proposed order listing all terms and conditions of the settlement, as ordered by Judge Otero.

**IT IS SO ORDERED.**

Initials of Preparer  slw