JORDAN MATTHEWS (SBN 316301)
WEINBERG GONSER, LLP
10866 Wilshire Blvd., Suite 1650
Los Angeles, CA 90024
Telephone: (424) 239-2867
Fascimile: (424) 238-3060
Email: Jordan@weinberg-gonser.com

Attorneys for *Plaintiff and Counterclaim Defendant Invisible Dot, Inc. and Counterclaim Defendant Jason Archinaco*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INVISIBLE DOT, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>MARK DEDECKER, an individual; MYMARK MEDIA, LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>        Defendants.<br><br>MARK DEDECKER, an individual,<br>        Counterclaim Plaintiff,<br><br>vs.<br><br>INVISIBLE DOT, INC, a Delaware corporation; JASON ARCHINACO, an individual; and ROES 1 through 10, inclusive,<br><br>        Counterclaim Defendants. | Case No.: 2:18-cv-08168-RGK-RAO<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING PERMANENT INJUNCTION AGAINST MARK DEDECKER**<br><br>[Stipulation filed concurrently herewith] |

Having fully considered the Stipulation Regarding Permanent Injunction Against Mark DeDecker filed concurrently herewith (and which is incorporated by reference) (the "Stipulation Regarding Permanent Injunction"), the Court hereby ORDERS as follows:

All of the terms and conditions[1] set forth in the Stipulation Regarding Permanent Injunction are hereby approved in the entirety.

IT IS SO ORDERED

Dated: December 5, 2019    By: *Gary Klausner*
                              Hon. R. Gary Klausner

---

[1] All terms and conditions of the Stipulation Regarding Permanent Injunction are incorporated by reference.

# CERTIFICATE OF SERVICE

I hereby certify that I am an attorney with Weinberg Gonser, LLP and that on this 13nd day of November 2019, I caused to be sent via this Court's ECF Filing, a true and correct copy of the above and foregoing **[PROPOSED] ORDER GRANTING STIPULATION REGARDING PERMANENT INJUNCTION AGAINST MARK DEDECKER** to the following:

Armen Shaghzo, Esq.
Sasha Brower, Esq.
Shaghzo & Shahghzo, APC
100 W. Broadway
Glendale, CA 91210

*Attorneys for Defendants Mark DeDecker and MyMark Media; and Counterclaim Plaintiff Mark DeDecker*

                                      /s/ Jordan Matthews
                                  An Attorney with Weinberg Gonser, LLP